# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

HONORABLE THOMAS M. LYNCH

Hearing Date: 12/12/18

Bankruptcy Case No. 18-80394    Adversary No. _____

Title of Cause: In re Melissa Anne Paris

Brief Statement of Motion: Contempt/Sanctions (Discharge Injunction)

Name and Addresses of moving counsel: Joseph Davidson, 2500 S. Highland Ave., Ste. 200, Lombard, IL 60148

Representing: Melissa Anne Paris

## ORDER

Debtor's Motion to Reopen Chapter 7 Case is granted

Debtor's Motion for Contempt/Sanctions is continued to January 30, 2019 at 9:30 AM.

Debtor shall supplement Amended Motion for Contempt/Sanctions by December 21, 2018

The parties shall jointly inform McHenry County Circuit Court of reopened bankruptcy case

DATE: DEC 12 2018

ENTER:

/s/ Thomas M. Lynch
JUDGE THOMAS M. LYNCH

Prepared and Submitted by:

Joseph Davidson
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148